# United States District Court

WESTERN DISTRICT OF WASHINGTON

MARISA BUSSA

**JUDGMENT IN A CIVIL CASE**

v.

PIERCE COUNTY, *et al.,*

CASE NUMBER: C09-5634BHS

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

the Moving Defendants' motion for summary judgment is **GRANTED in part** and the remaining state law claims are **REMANDED** as discussed herein. This matter is closed.

| | |
|---|---|
| January 5, 2011 | WILLIAM M. McCOOL |
| Date | Clerk |
| | *s/CM Gonzalez* |
| | Deputy Clerk |